Date: 12/08/09

# DIVIDENDS REMITTED TO THE COURT

Rcp. 149602

Page: 1

Case Number 07-11906 - BROOKS, MICHELLE R.

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141 | 000008 | 107 | 48.43 | 4.45 |
| ---------- Remittance Total --------------- | | | 48.43 | 4.45 |

*[signature]*
ALAN J. TREINISH, TRUSTEE